IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID COIT | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA | : | NO. 08-4744 |

ORDER

AND NOW, this 11th day of May, 2010, upon consideration of the Defendant's Motion for Summary Judgment (Docket No. 22), the plaintiff's opposition thereto, after oral argument on April 15, 2010, and for the reasons stated in a Memorandum of today's date, IT IS HEREBY ORDERED that said motion is GRANTED. Judgment is hereby entered for the defendant and against the plaintiff. This case is closed.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.